UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PROFESSIONAL CLEANING SERVICES<br>OF SOUTHERN ILLINOIS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>QUADRANGLE GROUP LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 09-cv-931-JPG<br>)<br>)<br>)<br>) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on its own initiative for purposes of case management.

The Court has an independent duty to ensure that it has subject matter jurisdiction to hear cases brought before it. *Hammes v. AAMCO Transmissions, Inc*., 33 F.3d 774, 778 (7th Cir. 1994). After initial review of the Complaint (Doc. 2), the Court finds Plaintiff Professional Cleaning Services of Southern Illinois, Inc.'s ("Professional Cleaning") jurisdictional allegations to be insufficient. *See Id.*; *America's Best Inns, Inc. v. Best Inns of Abilene, L.P.*, 980 F.2d 1072 (7th Cir. 1992).

Federal courts have jurisdiction over a civil action between citizens of different states and citizens of a state and citizens of a foreign state. 28 U.S.C. §§ 1332(a)(1)-(2) (2006). "[T]he key to determining the citizenship of a limited liability corporation is its members because a limited liability corporation has the *citizenship* of *all* its members." *SJ Props. Suites, BuyCo, EHF v. Dev. Opportunity Corp.*, Nos. 09-C-0533, 09-C-0569, 2009 WL 3790009, at *4 (E.D. Wis. Nov. 12, 2009) (emphasis added). While Professional Cleaning states that the residency of its member manager, John Salvino ("Salvino"), it does not plead his citizenship. Further, the current incarnation of the pleading is unclear whether Salvino represents the entire

membership of Professional Cleaning.  Of course, if he does not, the citizenship of Professional Cleaning's other members must be pled in an amended pleading as well.  The Court would also ask Professional Cleaning to plead its (foreign) state of incorporation.  *See Se. Guar. Trust Co., Ltd. v. Rodman & Renshaw, Inc.*, 358 F. Supp. 1001, 1007 (N.D. Ill. 1973).

  For the foregoing reasons, the Court **ORDERS** Professional Cleaning to amend its complaint to correct these and any other jurisdictional defects by January 29, 2010.  *See Tylka v. Gerber Prods. Co.*, 211 F.3d 445, 448 (7th Cir. 2000).  If it fails to do so, the Court will dismiss this case for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**
**DATED: January 8, 2010**

                    <u>s/ J. Phil Gilbert</u>
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**