UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

PROFESSIONAL CLEANING SERVICES )
OF SOUTHERN ILLINOIS, INC., )
)
      Plaintiff, )
)
      v. )     Case No. 09-cv-931-JPG
)
QUADRANGLE GROUP LLC, )
)
      Defendant. )

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff Professional Cleaning Services of Southern Illinois, Inc.'s ("Professional Cleaning") Motion to Clarify (Doc. 16), which seeks clarification of the Court's Memorandum and Order (Doc. 15) of January 8, 2010. Specifically, Professional Cleaning points to an inconsistency between its Complaint (Doc. 2) and the Court's previous order. Being fully advised of the premises, the Court **GRANTS** the instant motion (Doc. 16) and **ORDERS** Professional Cleaning to amend its complaint to plead the entire membership of Defendant Quadrangle Group LLC ("Quadrangle"), the citizenship of any of Quadrangle's members and member managers, including John Salvino and Troy Gregory, and Quadrangle's state of incorporation. *See Tylka v. Gerber Prods. Co.*, 211 F.3d 445, 448 (7th Cir. 2000). If it fails to do so, the Court will dismiss this case for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**
**DATED: January 12, 2010**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**