UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PROFESSIONAL CLEANING SERVICES<br>OF SOUTHERN ILLINOIS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>QUADRANGLE GROUP LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)    Case No. 09-cv-931-JPG<br>)<br>)<br>)<br>) |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Plaintiff Professional Cleaning Services of Southern Illinois, Inc.'s (hereinafter "Professional Cleaning") first Amended Complaint (Doc. 20) and the Court's own initiative for purposes of case management.

On January 8, 2010, the Court ordered Professional Cleaning to amend its original Complaint (Doc. 2) so that it could comport with jurisdictional pleading requirements. (*See* Doc. 15). Upon motion, the Court clarified that ruling by ordering Professional Cleaning "to amend its complaint to plead [*inter alia*] . . . the *citizenship* of any of [Defendant] Quadrangle's members and member managers." (Doc. 17) (emphasis added). Despite this clear directive, Professional Cleaning's amended complaint fails to plead the citizenship of Defendant Quadrangle Group LLC's (hereinafter "Quadrangle") individual members and member managers, namely, John Salvino, Troy Gregory, Dave Kelsey, Michael Ryan, and Grant Ryan.

The Court has an independent duty to ensure that it has subject matter jurisdiction to hear cases brought before it. *Hammes v. AAMCO Transmissions, Inc.*, 33 F.3d 774, 778 (7th Cir. 1994). Federal courts have jurisdiction over a civil action between citizens of different states and citizens of a state and citizens of a foreign state. 28 U.S.C. §§ 1332(a)(1)-(2) (2006).

"[T]he key to determining the citizenship of a limited liability corporation is its members because a limited liability corporation has the *citizenship* of *all* its members." *SJ Props. Suites, BuyCo, EHF v. Dev. Opportunity Corp.*, Nos. 09-C-0533, 09-C-0569, 2009 WL 3790009, at *4 (E.D. Wis. Nov. 12, 2009) (emphasis added).  While Professional Cleaning states the residency of Quadrangle's members and member managers, it does not plead their citizenship.

For the foregoing reasons, the Court **ORDERS** Professional Cleaning to amend its complaint to correct these and any other jurisdictional defects by January 29, 2010.  *See Tylka v. Gerber Prods. Co.*, 211 F.3d 445, 448 (7th Cir. 2000).  If it fails to do so, the Court will dismiss this case for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**
**DATED: January 19, 2010**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**