IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PROFESSIONAL CLEANING SERVICES OF SOUTHERN ILLINOIS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) NO.  09-cv-931-JPG-PMF |
| QUANDRANGLE GROUP, LLC., | ) ) ) |
| Defendant/Third Party Plaintiff. | ) ) |
| v. | ) ) |
| UNITED STATES FIRE INSURANCE CO., | ) ) |
| Third Party Defendant. | ) |

### JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED:  October 21, 2010**

                                             **NANCY J. ROSENSTENGEL, Clerk of Court**

                                             **By:s/Deborah Agans, Deputy Clerk**


**APPROVED:**   _s/J. Phil Gilbert_
                    **J. PHIL GILBERT**
                    **U. S. DISTRICT JUDGE**